

# NUMBER 13-14-00086-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SMITA CHAKRAVARTHY,                                          Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On appeal from the 93rd District Court of Hidalgo County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

This cause is currently before the Court on appellant's amended fifth motion for extension of time to file the brief. The clerk's record was filed on June 4, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court granted counsel's first request for a 51 day extension of time to file the brief. Counsel filed a second motion for extension of time to file the brief requesting

an additional 120 days. This Court granted in part and denied in part appellant's second motion for extension of time to file the brief and ordered counsel to file the brief on or before November 4, 2014. Appellant filed a third motion for extension of time requesting an additional 60 days to file the brief. This Court granted in part and denied in part appellant's third motion for extension of time to file the brief and ordered counsel to file the brief on or before December 22, 2014.

On December 23, 2014, counsel filed a motion to supplement the clerk's record, informing this Court that certain items were missing from the clerk's record, specifically four separate sets of jury instructions. On December 30, 2014, a supplemental clerk's record was filed containing the four separate sets of jury instructions. This Court granted appellant's fourth motion for extension of time and ordered counsel to file the brief on or before January 29, 2015. The order informed counsel that if the brief was not filed, the Court would abate and remand this matter to the trial court with instructions to appoint new counsel. On January 29, 2015, counsel filed an incomplete brief that is not in compliance with the Texas Rules of Appellate Procedure, and a motion for an additional 30 days to file the brief.

Appellant is entitled to effective assistance of counsel. We have a duty to ensure that appellant's rights are protected. Accordingly, we DENY counsel's amended fifth motion for extension of time and ABATE and REMAND this matter to the trial court with instructions to remove Victoria Guerra as counsel for appellant and appoint new appellate counsel in her place. The name, address, telephone number, email address, and state bar number of newly appointed counsel shall be included in the order of appointment. The trial court shall cause its order to be included in a supplemental clerk's record to be filed

2

with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

Appellant's brief will be due within thirty days of the date that appellant's new counsel is appointed.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
13th day of February, 2015.